**POOR QUALITY ORIGINAL**

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Demarciano H. Page

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v. Regina C. Castro, Donald Upshaw, 3rd Precinct, Domestic Violence Unit

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:24-cv-10074
Assigned To : Goldsmith, Mark A.
Referral Judge: Grand, David R.
Assign. Date : 1/10/2024
Description: CMP PAGE V. CASTRO ET AL (MC)

Jury Trial: ☑ Yes ☐ No
*(check one)*

# Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                  Demarciano Hakeem Page

Street Address        391 Monterey st

City and County       Highland Park , Wayne County

State and Zip Code    Michigan  48203

Telephone Number      (248) 252-9162

E-mail Address        dpage315@yahoo.com

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                  Regina Christine Castro

Job or Title
(if known)            DO&CO food prep

Street Address        311 E. Edsel Ford Freeway Apt 6.

City and County       Detroit, Wayne county

State and Zip Code    Michigan, 46203

Telephone Number      (248) 767-0636

E-mail Address
(if known)            rccastro1204@gmail.com

Defendant No. 2

Name                  Donald Upshaw

Job or Title
(if known)            "Investigator"

Street Address        1301 3rd ave

City and County       Detroit, Wayne county

State and Zip Code    Michigan , 48226

Telephone Number      (313) 237-2579

E-mail Address
(if known)            N/A

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

Name _3rd Precinct Police Department_

Job or Title
(if known) _____

Street Address _2875 W. Grand Blvd_

City and County _Detroit, Wayne county_

State and Zip Code _Michigan, 48202_

Telephone Number _(313)596-1984_

E-mail Address _N/A_
(if known)

Defendant No. 4

Name _Domestic Violence Unit_

Job or Title
(if known) _____

Street Address _1301 3rd ave_

City and County _Detroit, Wayne County_

State and Zip Code _Michigan  48226_

Telephone Number _(313) 224-5857_

E-mail Address _____
(if known)

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

**A.** **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

14th Amendment
4th Amendment
5th Amendment

**B.** **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* _____,
   is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____,
   is incorporated under the laws of the State of *(name)*
   _____, and has its principal place of business in the
   State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the
   State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation
   The defendant, *(name)* _____, is incorporated
   under the laws of the State of *(name)* _____, and
   has its principal place of business in the State of *(name)*
   _____. *Or* is incorporated under the laws of
   *(foreign nation)* _____, and has its principal place
   of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On September 19th, 2022 I was falsly arrested at my apartment. My Ex-roomate "Regina Castro" orchestrated a violent scene, and had me arrested based on false allegations. Third Precint police officers "Henry Simmons" & "Felicia Manning-Peoples" intentionally did not challenge Regina's claims, and did not allow me to rebuttal any allegations said against me. Donald Upshaw approved of my arrest without any real probable cause. I was held against my will, assaulted, and detained in jail before seeing a judge. Days before I got arrested I had filed a police report against Regina Castro, on September 17th, 2022. Domestic Violence unit "investigator" Tatiana Walton was assigned to my case, but refused to send my evidence to the prosecutors office, because I was wrongfully arrested. June 26th, 2023 I was found "Not Guilty" and acquitted from all charges.

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

During my 9 month malicious prosecution, I lost my apartment through a court ordered eviction. Regina Castro kept all of my personal property. I missed 4 days of work while being detained in jail, and an additional 6 days of work due to court proceedings. I became homeless, slept in my car for 3 months, and stayed in hotels. I'm seeking $50,000,000.00 in relief. I feel entitled to this amount due to the lack of justice, fairness, and unprofessional behavior conducted by law enforcement, and Regina C. Castro.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _____ 1 - 5 - , 20 24 .

Signature of Plaintiff  _____

Printed Name of Plaintiff  _Demarciano Page_____

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:** On September 26th, 2023 I paid $200 to court reporter Sue Kinsey, to transcribe my court case from June 26th, 2023. I still haven't recieved it. I also requested Bodycam footage from FOIA, regarding my wrongful arrest, and have not recieved it. I believe 3rd precint is consealing bodycam footage to protect their employee. 36th district court, Wayne county prosecutors office, and Domestic violence Unit allowed Regina Castro to forge her medical records without questioning the legitimacy of her alleged "injury".

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Demarciano H. Page

## DEFENDANTS
Regina C. Castro, Donald Upshaw, 3rd Precint, Domestic violence Unit

**(b)** County of Residence of First Listed Plaintiff  Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Wayne
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1 U.S. Government Plaintiff

[ ] 3 Federal Question *(U.S. Government Not a Party)*

[ ] 2 U.S. Government Defendant

[ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [X] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane [ ] 365 Personal Injury - | [ ] 690 Other | [ ] 423 Withdrawal | [ ] 376 Qui Tam (31 USC |
| [ ] 130 Miller Act | [X] 315 Airplane Product Product Liability | | 28 USC 157 | 3729(a)) |
| [ ] 140 Negotiable Instrument | Liability [ ] 367 Health Care/ | | | [ ] 400 State Reapportionment |
| [ ] 150 Recovery of Overpayment | [ ] 320 Assault, Libel & Pharmaceutical | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| & Enforcement of Judgment | Slander Personal Injury | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted | Liability [ ] 368 Asbestos Personal | | [ ] 835 Patent - Abbreviated | [ ] 460 Deportation |
| Student Loans | [ ] 340 Marine Injury Product | | New Drug Application | [ ] 470 Racketeer Influenced and |
| (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 840 Trademark | Corrupt Organizations |
| [ ] 153 Recovery of Overpayment | Liability **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| of Veteran's Benefits | [ ] 350 Motor Vehicle [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards | [ ] 861 HIA (1395ff) | [ ] 485 Telephone Consumer |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle [ ] 371 Truth in Lending | Act | [ ] 862 Black Lung (923) | Protection Act |
| [ ] 190 Other Contract | Product Liability [ ] 380 Other Personal | [ ] 720 Labor/Management | [ ] 863 DIWC/DIWW (405(g)) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Property Damage | Relations | [ ] 864 SSID Title XVI | [ ] 850 Securities/Commodities/ |
| [ ] 196 Franchise | Injury [ ] 385 Property Damage | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | Exchange |
| | [ ] 362 Personal Injury - Product Liability | [ ] 751 Family and Medical | | [ ] 890 Other Statutory Actions |
| | Medical Malpractice | Leave Act | | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights **Habeas Corpus:** | [ ] 791 Employee Retirement | [ ] 870 Taxes (U.S. Plaintiff | [X] 895 Freedom of Information |
| [ ] 220 Foreclosure | [ ] 441 Voting [ ] 463 Alien Detainee | Income Security Act | or Defendant) | Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment [ ] 510 Motions to Vacate | | [ ] 871 IRS—Third Party | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Sentence | | 26 USC 7609 | [ ] 899 Administrative Procedure |
| [ ] 245 Tort Product Liability | Accommodations [ ] 530 General | | | Act/Review or Appeal of |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities - [ ] 535 Death Penalty | **IMMIGRATION** | | Agency Decision |
| | Employment **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of |
| | [ ] 446 Amer. w/Disabilities - [ ] 540 Mandamus & Other | [ ] 465 Other Immigration | | State Statutes |
| | Other [ ] 550 Civil Rights | Actions | | |
| | [ ] 448 Education [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding

[ ] 2 Removed from State Court

[ ] 3 Remanded from Appellate Court

[ ] 4 Reinstated or Reopened

[ ] 5 Transferred from Another District *(specify)*

[ ] 6 Multidistrict Litigation - Transfer

[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
[X] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ $50,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*  JUDGE Honorable Kevin J. Cox  DOCKET NUMBER 22-006527-01

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

## PURSUANT TO LOCAL RULE 83.11

1.        Is this a case that has been previously dismissed?      ☐ Yes ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.        Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)      ☑ Yes ☐ No

If yes, give the following information:

Court: Third Judicial Circuit Court

Case No.: 22-006527-01

Judge: Honorable Kevin J. Cox

Notes :

**POOR QUALITY ORIGINAL**

| | |
|---|---|
| Original Court | 3rd copy – Defendant/Juvenile attorney |
| 1st copy - Prosecutor | 4th copy - Arresting agency |
| 2nd copy – Defendant/Juvenile | |

Approved, SCAO

| STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT WAYNE COUNTY | ORDER OF ACQUITTAL/DISMISSAL OR REMAND | CASE NO. 22-006527-01-FH |
|---|---|---|

| ORI MI- 821095J | Court address | 1441 St. Antoine – Detroit, MI 48226 | Courtroom | 502 | Court telephone no. | 313-224-2391 |
|---|---|---|---|---|---|---|

Police Report No. _____

| THE PEOPLE OF | ☒ The State of Michigan | | Defendant/Juvenile name, address, and telephone no. |
|---|---|---|---|
| | ☐ _____ | v | Demarciano Hakeem Page |
| | | | 311 Medbury, Apt 6 Detroit, MI 48202 |

| CTN/TCN | SID | DOB |
|---|---|---|
| 22720237-01 | | |

☐ Juvenile In the matter of _____

| Count | CRIME | CHARGE CODE(S) MCL citation/PACC Code |
|---|---|---|
| 1 | ASSAULT W/I GREAT BODILY HARM LESS THAN MURDER | 750.84 |
| 2 | DOMESTIC VIOLENCE | 750.812 |
| | | |

**IT IS ORDERED:**

☐ 1. The case is dismissed on the motion of the court    ☐ with    ☐ without    prejudice.

☐ 2. Defendant's/Juvenile's motion for dismissal is granted    ☐ with    ☐ without    prejudice and the case is dismissed.

☐ 3. Defendant's/Juvenile's motion for dismissal is granted in part  ☐ with  ☐ without  prejudice and the following charge(s) is/are dismissed. _____

☒ 4. Defendant/Juvenile is acquitted on all charge(s) in this case after trial by    ☒ judge  ☐ jury.

☐ 5. Defendant/Juvenile is acquitted after trial by    ☐ judge  ☐ jury   only on the following charge(s): _____

☐ 6. Defendant/Juvenile shall be immediately discharged from confinement in this case.

☒ 7. Bond is canceled and shall be returned after costs are deducted.

☐ 8. Bond/bail is continued on the remaining charge(s).

☐ 9. The case is remanded to the _____ district court for further proceedings for the following reasons:

☒ 10. The Michigan State Police and arresting agency shall destroy the arrest record, biometric data, and, as applicable, DNA profile for the dismissed charge(s). The Michigan State Police shall also remove any LEIN entry concerning any dismissed charge(s).

| | |
|---|---|
| Date **12-26-2023** | Honorable Kevin J. Cox    36925    Bar no. |

If item 10 is checked, the clerk of the court shall provide a copy of this order to the Michigan State Police upon entry.

22 – 006527 – 01   FH
CRM08
Found Not Guilty By Bench Trial - Order Signs
941066





Sat, Sep 17





Fri, Sep 16



Page 1 of 2

PAGE, Demarciano Hakeem **DOB:** 09/05/1991 (31 yo M) **Acc No.** UD57705 **DOS:** 09/17/2022



## Page, Demarciano Hakeem

31 Y old Male, DOB: 09/05/1991
Account Number: UD57705
391 Monterey St, Highland Park, MI-48203-3423
Guarantor: Page, Demarciano Hakeem
Insurance: PRIORITY HEALTH CLAIMS Payer ID: 38217
PCP: PCP Different
Appointment Facility: Hamtramck Community Medical Center DBA

09/17/2022                                    Progress Notes:  Redwan Uddin, MD

**Current Medications**
None

**Past Medical History**
Medical History Verified.

**Surgical History**
No Surgical History documented.

**Family History**
Father: alive, diagnosed with Hypertension
Mother: deceased
2 brother(s) , 2 sister(s) - healthy.

**Social History**
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No. Alcohol Screen  Did you have a drink containing alcohol in the past year?  No, Points 0, Interpretation  Negative.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
General/Constitutional:
     Change in appetite denies.
Chills denies. Fever denies.
Ophthalmologic:
     Blurred vision denies.
Discharge denies. Pain denies.
ENT:

**Reason for Appointment**
1. Pain and tingling in left wrist ,sprain lt wrist following pushing and pulling by girl friends---yesterday 9/16/22,6;30 pm
2. Scratch on the forehead

**History of Present Illness**
Addmission:
     lt wrist pain following a fight with girl friend and scratches on the fore head.

**Vital Signs**
Temp 97.1, BP **138/85**, Ht 72, Wt 233, BMI **31.60**.

**Examination**
General Examination:
     GENERAL APPEARANCE: well developed, well nourished, in no acute distress. HEAD: normocephalic,atraumatic. EYES: pupils equal, round, reactive to light and accommodation, sclera non-icteric. EARS: normal. ORAL CAVITY: mucosa moist. THROAT: clear. NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy. SKIN warm and dry, no suspicious lesions, two scretch marks on the fore head. HEART: regular rate and rhythm, S1, S2 normal, no murmurs. LUNGS: clear to auscultation bilaterally. ABDOMEN: soft, nontender, nondistended, bowel sounds present, normal. EXTREMITIES: no clubbing, cyanosis, or edema, lt wrist no swelling painful movement. NEUROLOGIC: nonfocal, motor strength normal upper and lower extremities, sensory exam intact.

**Assessments**
1. Sprain of left wrist, initial encounter - S63.502A (Primary)
2. Skin abrasion - T14.8XXA

**Treatment**
**1. Sprain of left wrist, initial encounter**
Start Ibuprofen Tablet, 600 MG, 1 tablet with food or milk as needed, Orally, Three times a day, 10 days, 30 Tablet, Refills 0
Start Voltaren Gel, 1 %, as directed, Externally, twice a day, 30 days, 100, Refills 0

Progress Note: Redwan Uddin, MD   09/17/2022

Date of birth, May, 1970

# ASSAULT-FIRST DEGREE

Location **MD**

Court Date **06/25/2010**

Date of Offense 05/06/2010

Court Case Number 2D00248334

Court Case Description DISTRICT COURT FOR MONTGOMERY COUNTY

Court Disposition NOLLE PROSEQUI Status:CLOSED

Court Offense ASSAULT-FIRST DEGREE

Court Statute CR.3.202

Court Plea OTHER PLEA

Court Fines -

Show more about this case

# ASSAULT-SEC DEGREE

Location **MD**

Court Date **07/29/2010**

Date of Offense 05/06/2010

Court Case Number 2D00248334

Court Case Description DISTRICT COURT FOR MONTGOMERY COUNTY

Court Disposition NOLLE PROSEQUI Status:CLOSED

Court Offense ASSAULT-SEC DEGREE

Court Statute CR.3.203

Court Plea OTHER PLEA

Court Fines -

Show less about this case

## Identifying Info on Record

Name on record REGINA OWENS-CASTRO

Offender's address 10409 Colesville Rd Silver Spring, MD 2090

← **REGINAS CRIMINAL RECORDS.pdf**

|  |  |
|---:|:---|
| **Case Number** | 0E00241598 |
| **Case Type** | NON FELONY |
| **Classification** | CRIMINAL |
| **Counts** | 001 |
| **Crime County** | PRINCE GEORGES |
| **Offense Code** | CR.3.203 |
| **Offense Date** | 04/29/2004 |
| **Offense Description** | ASSAULT-SEC DEGREE |
| **Charges Filed Date** | 05/23/2004 |
| **Court** | DISTRICT COURT FOR PRIN CRIMINAL SYSTEM |
| **Plea** | OTHER PLEA |
| **Disposition** | NOLLE PROSEQUI |
| **Disposition Date** | 06/10/2004 |

**ASSAULT-SEC DEGREE**                    **2004**

**REGINA CHRISTINE CASTRO**

From Demarciano                         10/30/22
Fw: 11/02/22, Castro v. Page, 22-110911-PP, Demarcian...

 Star   Forward   Download   Delete   Share

# P.P.O.M

Kashif Qureshi, M.D.
Navin Raj, M.D.

## Return to Work/School

To Whom It May Concern:

Regina Cast(C.O. was examined and treated in our clinic on 3-15-F6. I am recommending the following based on the patient's medical condition:

Elbow fracture / shoulder ligament
tendinosis

___ No work at all from ___ to ___

X unable to return to work until further evaluation by orthopedic surgery

___ Light work only from ___ to ___

___ May return to work on ___ with the following restrictions:

    ___ No lifting in excess of ___ pounds

    ___ No repetitive squatting, bending, or lifting

    ___ One-handed job

    ___ This restriction(s) is effective until ___

___ May resume full work load/activities effective ___

___ No school until ___

___ Please excuse ___ from work. She/he had to accompany his/her child

___ Please excuse ___ from work, he/she had a doctor's appointment

X Other Starting 3-12-18

Sincerely,

Kashif Qureshi, M.D.
Navin Raj, M.D.

← Regina Castro

The driver is coming he's on High St right now


I am staying home. It's getting worse. I will stay home and rest all weekend.

Latistisimuss Dorsi is the pain






Staying home is the best option especially if the pain isn't going anywhere

Chat message



9/25/22, 5:03 PM

https://photos.google.com/u/1/photo/AF1QipNjD0tUl3cBc9-wb5KmDujBAE_wPNqG2VVZ2ufq

Photo - Google Photos

1/1



