UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMARCIANO H. PAGE,　　　　　　　　　　　Civil Action No. 24-10074

　　　　　　　Plaintiff,　　　　　　　　　　　Mark A. Goldsmith
　　　　　　　　　　　　　　　　　　　　　　United States District Judge
v.
　　　　　　　　　　　　　　　　　　　　　　David R. Grand
REGINA CHRISTINE CASTRO, *et al.*,　　　　　United States Magistrate Judge

　　　　　　　Defendants.
_____/

## ORDER STRIKING DOCUMENT (ECF No. 27)

The Court has reviewed plaintiff Demarciano Page's ("Page") recent filing, which is entitled "Citizens Complaints, and case numbers," and consists of approximately 70 pages of exhibits. (ECF No. 27). The filing does not appear to seek any relief, and the Court can discern no reason for its filing. The Court therefore **STRIKES** this document for the following reason(s):

☐ Missing statement of concurrence. *See* Local Rule ("LR") 7.1(a).

☐ Missing required information (e.g., table of contents, concise statement of issues, controlling or most appropriate authority, index of authorities, index of exhibits, etc.). *See* LR 7.1(d)(2).

☐ Wrong font size or improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.). *See* LR 5.1(a)(2), (3).

☐ Does not comply with Rule 19(b) of the Electronic Filing Policies and Procedures, regarding filing exhibits electronically. *See* LR 5.1.1(a).

☐ Does not comply with Local Rule 5.3, regarding filing an item under seal in a civil case.

1

☐ Over-length. *See* LR 7.1(d)(3).

☐ Motion to dismiss/response to motion to dismiss relies primarily on summary judgment cases.

☒ Other: Pursuant to E.D. Mich. LR 26.2(a), a party or other person may not file discovery material on the docket unless it provides factual support for a motion. E.D. Mich. LR 26.2(a).

Therefore, Page's filing **(ECF No. 27)** is hereby **STRICKEN** and is not part of the record.

**IT IS SO ORDERED**.

Dated: July 12, 2024                               s/ David R. Grand
                                                               DAVID R. GRAND
                                                               UNITED STATES MAGISTRATE JUDGE

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 12, 2024.

                                                               s/Eddrey O. Butts
                                                               EDDREY O. BUTTS
                                                               Case Manager